IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   Case No: 8:08CR357 |
| v. | )   **ORDER** |
| DOUGLAS FLAGG, | ) |
| Defendant. | ) |

Before the court is attorney Richard H. McWilliams' Motion to Withdraw [58] as counsel for the defendant due to a conflict.   For that reason, the court will appoint new counsel.

**IT IS ORDERED** that the Motion to Withdraw [58] is granted; and

**IT IS FURTHER ORDERED** that **Edith A. Simpson** is appointed as attorney of record for the above-named defendant.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f).  At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Ms. Simpson.

DATED this 26th day of May, 2011.

BY THE COURT:

s/ F A Gossett
U.S. Magistrate Judge